UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JENNIFER CABRAL,                                                  :
                                                                  :
                        Plaintiff,                                :
                                                                  :         20-CV-9906 (JMF)
             -v-                                                  :
                                                                  :         ORDER
DOLLAR TREE, INC.,                                                :
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the COVID-19 trial protocols in effect in this District, the Court must submit requests for jury trial dates during the first quarter of 2022 by November 15, 2021. In light of that deadline, the parties shall, no later than **November 5, 2021**, file a joint letter listing any weeks during the first quarter of 2022 in which they would *not* be available for trial. The letter should also indicate the parties' best estimate of how long a trial would take.

      SO ORDERED.

Dated: October 29, 2021
       New York, New York
                                                 JESSE M. FURMAN
                                         United States District Judge